POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Jason J. Kim, Esq. (SBN: 190246)
SO. CAL. EQUAL ACCESS GROUP
101 S. Western Ave., 2nd Floor
Los Angeles, CA 90004
TELEPHONE NO.: (213)252-8008 FAX NO. *(Optional)*: (213)252-8009
E-MAIL ADDRESS *(Optional)*: scalequalacess@yahoo.com
ATTORNEY FOR *(Name)*: Plaintiff, Yeong Lee

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 350 W. 1st Street
MAILING ADDRESS: 350 W. 1st Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: First Street Courthouse

PLAINTIFF/PETITIONER: Yeong Lee

DEFENDANT/RESPONDENT: Sawgrass Partners GG LLC

CASE NUMBER: 8:24-cv-00129-JWH-DFM

Ref. No. or File No.:

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: see "Attachment 1"
3. a. Party served *(specify name of party as shown on documents served)*:
   Sawgrass Partners GG LLC

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Paracorp Incorporated - Roselynne Vang (Authorized Agent for Service of Process) Fed.R. Civ. P. 4(c)(2)
4. Address where the party was served:
   2804 Gateway Oaks Dr., Suite 100, Sacramento, CA 95833
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 02/01/2024 (2) at *(time)*: 12:29PM
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: Yeong Lee<br>DEFENDANT/RESPONDENT: Sawgrass Partners GG LLC | CASE NUMBER:<br>8:24-cv-00129-JWH-DFM |
|---|---|

5\. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6\. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* Sawgrass Partners GG LLC

under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☑ other: 17701.16 (limited liability company)

7\. **Person who served papers**

a. Name: LaTrina Walton / Turbo Messengers, Inc.
b. Address: 4426 Kingswell Ave., #5, Los Angeles, CA 90027
c. Telephone number: (818)771-0904
d. **The fee** for service was: $ 75.00
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ a registered California process server:
(i) ☐ owner ☐ employee ☑ independent contractor.
(ii) Registration No.: 2010-04
(iii) County: Sacramento

8\. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9\. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 02/01/2024

LaTrina Walton
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

[signature]
(SIGNATURE )

MC-025

| SHORT TITLE: Yeong Lee vs. Sawgrass Partners GG LLC | CASE NUMBER: 8:24-cv-00129-JWH-DFM |
|---|---|

**ATTACHMENT** *(Number)*: 1

*(This Attachment may be used with any Judicial Council form.)*

1. Certification and Notice of Interested Parties
2. Notice to Counsel Re Consent To Proceed Before a United States Magistrate Judge
3. Notice of Assignment To United States Judge
4. Notice To Parties of Court-Directed ADR Program

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*